**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **Dante Gutierrez Huttel and Marissa Gutierrez Huttel,** | : <br> : <br> : Civil Action No. 3:17-cv-00066-JBA <br> : |
| Plaintiffs, | : |
| v. | : |
| **IQ Data International, Inc./Rent Collect Global; and DOES 1-10, inclusive,** | : <br> : <br> : |
| Defendants. | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| **Dante Gutierrez Huttel and Marissa Gutierrez Huttel** | **IQ Data International, Inc./Rent Collect Global** |
| ***/s/ Sergei Lemberg*** | ***/s/ Jody N. Cappello*** |
| **Sergei Lemberg, Esq.**<br>**LEMBERG LAW, LLC**<br>**43 Danbury Road, 3rd Floor**<br>**Wilton, CT 06897**<br>**Telephone: (203) 653-2250**<br>**Facsimile: (203) 653-3424**<br>**Email: slemberg@lemberglaw.com**<br>**Attorney for Plaintiffs** | **Jody N. Cappello, Esq.**<br>**WINGET, SPADAFORA & SCHWARTZBERG, LP**<br>**177 Broad Street, 10th Floor**<br>**Stamford, CT 06901**<br>**Telephone: (203) 328-1200**<br>**Facsimile: (203) 328-1212**<br>**Email: cappello.j@wssllp.com**<br>**Attorney for Defendants** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing (ECF) system and that the document is available on the ECF system.

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.